IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHERISE MCDANIEL, *et al.*, on behalf of themselves and all others similarly situated, )<br>)<br>) | |
| Plaintiffs, ) | |
| ) | Case No. 13-cv-3624 |
| v. ) | |
| ) | The Honorable John Z. Lee |
| BOARD OF EDUCATION OF THE CITY OF CHICAGO, *et al.*, )<br>)<br>) | |
| Defendants. ) | |

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A), Fed. R. Civ. P., Plaintiffs Sherise McDaniel, Marshetta Ross, Frances Newman, and Alphonso Newman, by and through their attorneys, hereby submit this stipulation of dismissal of their claims against the Board of Education of the City of Chicago, Barbara Byrd Bennett, and the City of Chicago signed by all parties who have appeared in relation to those claims. The parties stipulate to dismissal of all of the plaintiffs' claims against each and every Defendant with prejudice, with each party to bear his, her, or its own costs and fees. The undersigned parties so stipulate:

**Plaintiffs Mandi Swan, Felicia Bradley And Denise Burns**

By: ___/s/ Sean Morales-Doyle___
Attorney for Plaintiffs

Dated: September 9, 2013

Sean Morales-Doyle
Despres, Schwartz & Geoghegan, Ltd.
77 W. Washington St., Suite 711
Chicago, Illinois 60602
(312) 372-2511

**Defendants Board of Education of the City of Chicago and Barbara Byrd Bennett**

By: ___/s/ Michael A. Warner, Jr.___
One of their Attorneys

Dated: September 9, 2013

Michael A. Warner, Jr.
Franczek Radelet PC Suite 3400
300 S. Wacker Drive
Chicago, Illinois 60606
(312) 986-0300

1

**Defendant City of Chicago**

By: /s/ Elizabeth B. McRee
   One of its Attorneys

Dated: September 9, 2013

Elizabeth B. McRee
JONES DAY
77 West Wacker
Chicago, Illinois 60601
(312) 782-3939